July 30, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

## IN RE GUARDIANSHIP OF KENNETH JOE WHITT

### NO. 14-12-00572-CV

_____

This cause, an appeal from two orders signed, March 21, 2012, was heard on the transcript of the record. We have inspected the record and find no error in these orders. We order the orders of the court below **AFFIRMED**. We order appellant Margo Whitt to pay all costs incurred in this appeal. We further order this decision certified below for observance.